IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GMP & Employers Pension Fund, et al., | |
| Plaintiff(s), | |
| vs. | Case Number: 1:16cv1104 |
| Universal Electric Foundry, Inc., | Judge Susan J. Dlott |
| Defendant(s). | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litlovitz filed on May 16, 2017 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 30, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for default judgment is GRANTED IN PART. Judgment is entered against defendant in the amount of $3,318.43, which represents $1.60 in interest, and $389.16 in liquidated damages, and $2,927.67 in attorney fees and costs.

Plaintiffs' request for injunctive relief is DENIED.

IT IS SO ORDERED.

    s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court